(103 So. 452)

**W. B. ROBERTS et al. v. Paul HUNT.**
(6 Div. 357.)

(Supreme Court of Alabama. March 19, 1925.)

Appeal from Circuit Court, Blount County; Woodson J. Martin, Judge.

Transferred from Court of Appeals under Acts 1911, p. 449, § 6.

Russell & Johnson, of Oneonta, for appellants.

Ward, Nash & Fendley, of Oneonta, for appellee.

BOULDIN, J. In this cause the judgment of the court below is affirmed upon the authority of the companion case of W. B. Roberts et al v. Leonard Hunt, ante, p. 475, 103 So. 451.

Affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.